```
MATTHEW KASHANI
P. O. Box 8129
Rancho Santa Fe, California  92067
(858) 217 4635

IN PRO PER
```

FILED

08 FEB 13 PM 3:02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW KASHANI, | ) Case No. 08 CV 0268 JM AJB |
| | ) |
| | ) COMPLAINT: |
| v. | )     Defamation |
| | ) |
| TYLER ADAMS; | ) **JURY DEMAND** |
| PAUL PHIPPS | ) |

COMPLAINT

Plaintiff MATTHEW KASHANI alleges as follows:

1. Plaintiff MATTHEW KASHANI ("Kashani") is a US permanent resident and resides in San Diego County, California. For diversity purposes, plaintiff is considered the same as a US citizen and resident of California. 28 U.S.C. § 1332(a).]

2. Defendant TYLER ADAMS ("Adams"), is a resident of Honolulu, Hawaii. Adams is a U.S. citizen. Defendant PAUL PHIPPS ("Phipps") is a U.S. citizen and resides in Port Orchard, Washington.

3. Diversity jurisdiction applies to the instant case because plaintiff and defendants are residents of different States. The amount in controversy exceeds $75,000. This court has subject matter jurisdiction under diversity jurisdiction.

4. The acts complained of in this complaint all either took place, or had their principal effect, within this judicial district. Adams opened and attempted to open various credit card and credit line accounts in San Diego, in the name of Kashani's corporations. While in San Diego, Adams then made false statements to parties that Kashani had been the one responsible for opening these accounts. Phipps repeated these same false statements while in San Diego. In sum, the actions complained of took place within this judicial district, including defendants' defamatory statements.

**FACTS**

5. In 2007, Adams and Phipps made false statements to lenders including Wells Fargo Bank in San Diego that plaintiff had given false information to the lenders to obtain credit.

1      6. As a direct result of these statements and actions,
2  Kashani has suffered great economic harm and a severe loss of
3  reputation in the business and banking community.

### FIRST CLAIM FOR RELIEF

### Defamation

### Against Defendants Adams and Phipps

7      7. Plaintiff re-alleges and incorporates paragraphs 1-6
8  by this reference.
9      8. As a result of Adams' and Phipps' defamation, Kashani
10 incurred losses including economic harm and loss of business in
11 amount in excess of $75,000.
12     WHEREFORE, plaintiff prays as follows:
13     A. For compensatory damages in the amount of $100,000
14 against all defendants.
15     B. For punitive damages against all defendants.
16     C. For attorney fees and costs to the extent permitted by
17 law, against all defendants.
18     H. For such and further relief as this Court deems
19 proper.
20 Dated: February 13, 2008

By: _____
MATTHEW KASHANI
PLAINTIFF, IN PRO PER

2

COMPLAINT

1 | Plaintiff demands trial by jury on all issues triable by
2 | jury in this case.

Dated:   February 13, 2008

By: _____
MATTHEW KASHANI
PLAINTIFF, IN PRO PER

```
        UNITED STATES
        DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

       # 147606      - SR
       * * C O P Y * *
       February 13, 2008
           15:03:04


        Civ Fil Non-Pris
USAO #.: 08CV0268 CIV. FIL.
Judge..: JEFFREY T MILLER
Amount.:                $350.00 CK
Check#.: PC#3201



        Total-> $350.00


FROM: KASHANI V. ADAMS, ET AL
      CIVIL FILING
```

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**
Matthew Kashani

**DEFENDANTS**
Tyler Adams, Paul Phipps

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Honolulu, HI
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
In Pro Per
P. O. Box 8129
Rancho Santa Fe, CA 92067
858 217 4635

**ATTORNEYS (IF KNOWN)**
'08 CV 0268 JM AJB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)
- 1 U.S. Government Plaintiff
- 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- X 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | X 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

Defamation - Defendants made false statements that damaged plaintiff's business and reputation. Diversity Jurisdiction 28 USC 1332(a).

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| 110 Insurance | 310 Airplane | 362 Personal Injury-Medical Malpractice | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reappointment |
| 120 Marine | 315 Airplane Product Liability | | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | X 320 Assault, Libel & Slander | 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | 430 Banks and Banking |
| 140 Negotiable Instrument | 330 Federal Employers' Liability | | 630 Liquor Laws | 820 Copyrights | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment &Enforcement of Judgment | | 368 Asbestos Personal Injury Product Liability | 640 RR & Truck | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine | | 650 Airline Regs | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | PERSONAL PROPERTY | 660 Occupational Safety/Health | SOCIAL SECURITY | 810 Selective Service |
| | | 370 Other Fraud | 690 Other | 861 HIA (13958) | 850 Securities/Commodities Exchange |
| 153 Recovery of Overpayment of Veterans Benefits | 350 Motor Vehicle | 371 Truth in Lending | LABOR | 862 Black Lung (923) | |
| | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 875 Customer Challenge 12 USC |
| 160 Stockholders Suits | | | 720 Labor/Mgmt. Relations | 864 SSID Title XVI | 891 Agricultural Acts |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 195 Contract Product Liability | | | | FEDERAL TAX SUITS | 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 740 Railway Labor Act | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus | 790 Other Labor Litigation | 871 IRS - Third Party 26 USC 7609 | 895 Freedom of Information Act |
| 220 Foreclosure | 442 Employment | | 791 Empl. Ret. Inc. Security Act | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General | | | |
| 240 Tort to Land | 444 Welfare | 535 Death Penalty | | | 950 Constitutionality of State |
| 245 Tort Product Liability | 440 Other Civil Rights | 540 Mandamus & Other | | | 890 Other Statutory Actions |
| 290 All Other Real Property | | 550 Civil Rights | | | |
| | | 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
X 1 Original Proceeding · 2 Removal from State Court · 3 Remanded from Appelate Court · 4 Reinstated or Reopened · 5 Transferred from another district (specify) · 6 Multidistrict Litigation · 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
· CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $ 100,000.
Check YES only if demanded in complaint:
JURY DEMAND: X YES · NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE ____ Docket Number ____

DATE 2/13/08                    SIGNATURE OF ATTORNEY OF RECORD

# 147606  $350.—
2/13/08

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)