Paul Phipps
c/o 3786 37th Street
San Diego, CA 92112
(619) 315 8162

IN PRO SE

FILED
08 MAR -4 PM 2:55
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW KASHANI, | ) Case No. '08 CV 0268 JM AJB |
| v. | ) ANSWER OF DEFENDANT PAUL PHIPPS |
| TYLER ADAMS; PAUL PHIPPS | ) Case Assigned to Hon. Jeffrey T. Miller |

Defendant Paul Phipps ANSWERS as follows:

1. Defendant Phipps admits Allegations in Paragraph 1 of Complaint.

2. Defendant Phipps admits the Allegations in Paragraph 2, that he is a resident of Washington state and a citizen of the United States. Defendant Phipps has no knowledge of defendant Tyler Adams' residency or citizenship.

3. Defendant Phipps admits Allegations in Paragraph 3 as to the diversity and subject matter Jurisdiction.

4. Defendant Phipps admits that the acts complained of in this complaint all either took place or had their principal effect, within this judicial district, as alleged in Paragraph 4. Defendant Phipps has no knowledge of any actions of Defendant Adams outlined in Paragraph 4. Defendant Phipps does DENY repeating any of the alleged defamatory statements made by Adams, as alleged in Paragraph 4.

## ANSWER TO FACTS

5. Defendant Phipps has no knowledge of any actions Defendant Adams may have taken, as outlined in Paragraph 5 and therefore DENIES that Adams did anything. Defendant Phipps DENIES repeating any defamatory statements, as alleged in Paragraph 6.

6. Defendant Phipps has no knowledge of any losses sustained by Kashani, as alleged in Paragraph 6 and therefore DENIES that Kashani lost anything.

## ANSWER TO FIRST CLAIM FOR RELIEF

## Defamation

## Against Defendants Adams and Phipps

7. Defendant Phipps repeats his admissions, statements of no knowledge and denials as stated above in paragraphs 1 - 6.

8. Defendant Phipps has no knowledge of any losses Kashani may have

sustained, as alleged in Paragraph 8 and therefore DENIES that Kashani had any losses.

Phipps prays as follows:

That plaintiff be awarded nothing with regards to any claims for damages made against defendant Phipps and this complaint should be DISMISSED.

Dated: February 21, 2008

By: ____________________
PAUL PHIPPS
DEFENDANT, IN PRO SE

**CERTIFICATE OF SERVICE**

**On 2.21.08, 2008, I served a copy of the attached document known as "Answer" by mailing a copy to the following:**

Matthew Kashani

PO Box 8129

Rancho Santa Fe, CA 92067

I declare under the penalty of perjury under the U.S. laws that this is correct and I signed this Certificate of Service on Feb. 21, 2008.