cal_____

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW KASHANI, | Civil No.08cv0268 JM (AJB) |
| Plaintiff, | ORDER SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |
| v. | |
| TYLER ADAMS; PAUL PHIPPS, | |
| Defendants. | |

On April 15, 2008, the parties submitted a joint request to continue or vacate the early neutral evaluation conference. After a review of the request, the Court finds the early neutral evaluation conference inappropriate in this case and sets dates for Rule 26 compliance and a date for a case management conference. Accordingly, IT IS HEREBY ORDERED that:

1. The Rule 26(f) conference shall be completed before **May 1, 2008**;

2. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before **May 15, 2008;**

3. A discovery plan shall be lodged with Judge Battaglia on or before **May 29, 2008**; and

4. Counsel are ordered to appear on **June 12, 2008 at 9:00 a.m.** for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

////

////

////

     Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

     IT IS SO ORDERED.

DATED: April 15, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court