

MATTHEW KASHANI
P. O. Box 8129
Rancho Santa Fe, California 92067
(858) 217 4635

Plaintiff IN PRO PER

PAUL PHIPPS
C/O 3786 37TH Street
San Diego, CA 92105

Defendant in pro per

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA





FILED
08 APR 17 AM 9:49
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| MATTHEW KASHANI, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> TYLER ADAMS; ) <br> PAUL PHIPPS ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | Case No. '08 CV 0268 JM AJB <br> Case assigned to: <br> Hon. Jeffrey T. Miller <br><br> JOINT REQUEST TO CONTINUE OR VACATE <br> EARLY NEUTRAL EVALUATION CONFERENCE <br><br> Currently set for April 22, 2008 in Chambers of Judeg <br> Battaglia |

JOINT MOTION

Plaintiff Matthew Kashani and Defendant Paul Phipps (the only Defendant who has so far been served with the complaint), jointly request that the ENE be continued to June, or taken off calendar.

Neither Kashani nor Phipps are available April 22, 2008. Also, Kashani and Phipps have lodged a Joint Rule 26 statement with the court on March 4, 2008, which outlines everything that could possible be determined at the ENE, such that an ENE would not be of much use at this juncture. Additionally, Plaintiff is not in a position to make a settlement offer before Discovery has been completed, and Defendant is not willing to accept any settlement short of outright dismissal of the case, at this time.

Dated: April 14, 2008

                                      By: (by electronic signature)
                                      MATTHEW KASHANI
                                      PLAINTIFF, IN PRO PER

Dated: April 14, 2008

                                      By: (by electronic signature)
                                      Paul Phipps
                                      PLAINTIFF, IN PRO PER

PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action.

On **April 14, 2008**, I served the following documents:

**JOINT MOTION**

__X__   by email and U.S. Mail as follows:

Paul Phipps
3786 37TH STREET
SAN DIEGO, CA 92105
C/O paulphipps2005@yahoo.com

MATTHEW KASHANI
P. O. BOX 29
RANCHO SANTA FE, CA 92067
C/O CRYELLOW@YAHOO.COM

```
            and hand-delivering the same.


            By email:  I emailed the document as noted above.
  X         By mail:   I placed the document in the U.S. mail addressed as
  _         above with first class postage affixed.


  x    Executed on April 14, 2008 at San Diego, California.

       I declare under penalty of perjury under the laws of the State of
       California that the above is true and correct.
  x
```

                                        Louis Valentine (by electronic
                                     signature)
                                     _____