cal___sc___

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW KASHANI,  )<br>  )<br>          Plaintiff,  )<br>v.  )<br>  )<br>TYLER ADAMS; PAUL PHIPPS,  )<br>  )<br>          Defendants.  )<br>  ) | Civil No.08cv0268 JM (AJB)<br><br>ORDER FOLLOWING CASE<br>MANAGEMENT CONFERENCE |

      On June 12, 2008, the Court convened a Case Management Conference in the above entitled action. Appearing were plaintiff Matthew Kashani, pro se and defendant Paul Phipps, pro se.

      Plaintiff is still attempting to serve defendant Tyler Adams. It is hoped that will be completed soon.

      In the meantime, the current parties have discussed the case and have completed their Rule 26 obligations. The case is ready for scheduling and a schedule taking the case through the final pretrial conference was developed. A Scheduling Order will be issued separately.

      IT IS SO ORDERED.

DATED: June 16, 2008

                                          Hon. Anthony J. Battaglia<br>                                          U.S. Magistrate Judge<br>                                          United States District Court