UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW KASHANI,<br><br>    Plaintiff,<br>v.<br><br>TYLER ADAMS; PAUL PHIPPS,<br><br>    Defendants. | Civil No.08cv0268 JM (AJB)<br><br>**ORDER SCHEDULING MOTION HEARING DATE** |

  On January 8, 2009, Plaintiff filed an ex parte motion for issuance of order to show cause against Third Parties Wells Fargo Bank and 1Source Data. (Dkt Nos. 19 & 20.) Based on the papers, the Court sets a motion hearing on **February 27, 2009 at 1:30 p.m.** in Courtroom A. Plaintiff shall file a supplemental legal points and authorities in support of his motion on or before **January 29, 2009.** Third Parties Wells Fargo Bank and 1Source Data shall file an opposition on or before **February 9, 2009**. Plaintiff shall file a reply on or before **February 17, 2009.** Plaintiff shall immediately serve a copy of this order on Wells Fargo Bank and 1Source Data and recently served Defendant Tyler Adams.

*//*

*//*

*//*

*//*

*//*

*//*

1    On January 8, 2009, Plaintiff also filed a "joint ex parte application to continue scheduling dates
2 and continue settlement conference, pre-trial and trial dates." The Court shall address this application
3 on **February 27, 2009 at 1:30 p.m.**

5 DATED: January 12, 2009

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

IT IS SO ORDERED.