UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW KASHANI,<br><br>                    Plaintiff,<br>v.<br><br>TYLER ADAMS; PAUL PHIPPS,<br><br>                    Defendants. | Civil No.08cv0268 JM (AJB)<br><br>**ORDER GRANTING DEFENDANT'S**<br>***EX PARTE* MOTION TO ALLOW**<br>**LATE FILING OF ANSWER**<br><br>[Doc. No. 34.] |

On February 25, 2009, Defendant Tyler Adams filed an *ex parte* motion to allow the late filing of the Answer. Defendant states that he sent his answer to be filed on the weekend of January 24, 2009 but the Court rejected the Answer as untimely. The Answer was due on January 26, 2009. At a motion hearing on February 27, 2009, Plaintiff indicated that he did not oppose the application. Therefore, good cause appearing, the Court GRANTS Defendant Tyler Adams' *ex parte* motion to allow the late filing of the Answer. The Clerk of Court shall file the Answer, attached as Exhibit 3 of his motion.

IT IS SO ORDERED.

DATED: February 27, 2009

                                                                        _____
                                                                        Hon. Anthony J. Battaglia
                                                                        U.S. Magistrate Judge
                                                                        United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28