UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW KASHANI,<br><br>　　　　　　Plaintiff,<br>v.<br><br>TYLER ADAMS; PAUL PHIPPS,<br><br>　　　　　　Defendants. | Civil No.08cv0268 JM (AJB)<br><br>ORDER DENYING DEFENDANT'S EX PARTE APPLICATION TO CONTINUE SCHEDULING DATES |

　　Defendant Tyler Adams filed an Ex Parte Application requesting a continuance of all dates in the case for a period of at least four or preferably six months. Defendant cites his service of the Amended Complaint in April 2009 and his need to do discovery to establish "mitigated damages." Mr. Adams conceded liability in his Answer. In fact, he answered the Complaint in this case in February 2009, and the current schedule was set by the Court on March 4, 2009.

　　Defendant's application fails to state what specific discovery is necessary and why it cannot be completed by the current July 20, 2009 discovery cut off. Based on a failure to show good cause, defendant's application is herewith *denied*.

　　IT IS SO ORDERED.

DATED: June 15, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court