UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW KASHANI,  )<br>  )<br>              Plaintiff,  )<br>v.  )<br>  )<br>TYLER ADAMS; PAUL PHIPPS,  )<br>  )<br>              Defendants.  )<br>_____  ) | Civil No.08cv0268 JM (AJB)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO CONTINUE THE DISCOVERY DEADLINE**<br><br>[Doc. No. 74.] |

On July 17, 2009, Plaintiff filed an *ex parte* motion to continue the discovery deadline. Plaintiff represented that Defendant Paul Phipps did not object to the application and Plaintiff was unable to reach Defendant Adams. Good cause appearing, the Court GRANTS Plaintiff's *ex parte* motion to continue the discovery deadline solely as to the Third Party Subpoenas issued to PC Mall, Inc., First National Bank of Omaha and Wells Fargo Bank. Discovery as to these third parties mustl be completed on or before **September 4, 2009.** All other discovery must comply with the discovery deadline set forth in the second amended scheduling order filed on March 4, 2009.

IT IS SO ORDERED.

DATED: August 4, 2009

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

K:\COMMON\BATTAGLI\CASES\2 Orders to be filed\08cv268.kashani.wpd     1     08cv0268