UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW KASHANI,<br><br>               Plaintiff,<br>v.<br><br>TYLER ADAMS; PAUL PHIPPS,<br><br>               Defendants. | Civil No.08cv0268 JM (AJB)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO CONTINUE DISCOVERY DEADLINE AS TO THIRD PARTY PC MALL, INC.**<br>[Doc. No. 79.] |

On September 4, 2009, Plaintiff filed an *ex parte* motion to continue the discovery deadline as to Third Party PC Mall, Inc. Plaintiff represented that Defendant Paul Phipps did not object to the application and Plaintiff was unable to reach Defendant Adams. Good cause appearing, the Court GRANTS Plaintiff's *ex parte* motion to continue the discovery deadline solely as to Third Party PC Mall, Inc. Discovery as PC Mall, Inc. must be completed on or before **November 4, 2009.** All other discovery must comply with the discovery deadline set forth in the second amended scheduling order filed on March 4, 2009. The Court will grant no further extensions of time as to the discovery deadline. IT IS SO ORDERED.

DATED: September 8, 2009

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28