# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| MATTHEW KASHANI, | CASE NO. 08cv0268 JM(AJB) |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION TO VOLUNTARILY DISMISS DEFENDANT PAUL PHIPPS ONLY |
| vs. | |
| TYLER ADAMS; PAUL PHIPPS; DONALD CHAFFEE; and BONNIE CHAFFEE, | |
| Defendants. | |

For good cause shown, the court grants the parties' joint motion to voluntarily dismiss Defendant Paul Phipps as a party to this action without oral argument and without prejudice.

**IT IS SO ORDERED.**

DATED: November 30, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties