MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

KASHANI  v.  ADAMS ET AL.   No.  08-CV-268-JM(WVG)

HON. WILLIAM V. GALLO          CT. DEPUTY J. YAHL          RPTR.

Attorneys

Plaintiffs                                              Defendants

Plaintiff's Ex Parte Request To Place Settlement Conference Off Calendar (Doc. No. 90) is GRANTED. The date and time of the Settlement Conference on March 19, 2010 at 9:00 A.M. is vacated.

DATED:  March 8, 2010

Hon. William V. Gallo
U.S. Magistrate Judge