# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Kashani

V.

Adams, et al

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv268-JM(WVG)

[ ]   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. Judgment is entered in favor of Plaintiff Matthew Kashani against defendant Donald Chaffee for conversion and fraud in the amount of $49,000.

2. Judgment is entered in favor of Plaintiff Matthew Kashani against defendants Donald Chaffee and Tyler Adams jointly and severally for fraud-fraudulent use of personal and business identifying information for personal gain in the amount of $161,035.88.

3. Judgment is entered in favor of plaintiff Matthew Kashani against defendants Donald Chaffee, Bonnie Chaffee, and Tyler Adams jointly and severally for fraud-fraudulent use of personal and business identifying information for personal gain in the amount of $61,987.18.

4.  Judgment is entered in favor of plaintiff Matthew Kashani against defendants Bonnie Chaffee and Tyler Adams jointly and severally for fraud-fraudulent use of personal and business identifying information for personal gain in the amount of $177,184.23.

5.  Judgment is entered in favor of plaintiff Matthew Kashani against defendant Tyler Adams for fraud-fraudulent use of personal and business identifying information for personal gain in the amount of $1,883,479.07.

6.  Judgment is entered in favor of plaintiff Matthew Kashani against Tyler Adams for conversion and fraud in the amount of $1,000.

7.  Judgment is entered in favor of plaintiff Matthew Kashani against defendant Tyler Adams for defamation in the amount of $200,000.00.

|  |  |
|---|---|
| May 6, 2010 | W. Samuel Hamrick, Jr. |
| Date | Clerk |
|  | S/ T. Lee |
|  | (By) Deputy Clerk |
|  | ENTERED ON May 6, 2010 |